

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00124-CV

**JEANNIE BURTON,**

                                  **Appellant**

 v.

**ANTONIO ASCENSIO UGARTE,**

                                  **Appellee**

---

**From the 443rd District Court**
**Ellis County, Texas**
**Trial Court No. 101,521**

---

## MEMORANDUM OPINION

---

Appellant Jeannie Burton filed a *pro se* notice of appeal in this matter on April 26, 2023. Texas Rule of Appellate Procedure 26.1 provides that a notice of appeal must be filed within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The final judgment in this case was signed by the trial court on September 2, 2022. Because the notice of appeal was filed more than thirty days after the trial court's September 2, 2022 judgment was signed, the notice of appeal is untimely.

By letter dated June 1, 2023, the Clerk of this Court notified Appellant that this appeal was subject to dismissal for want of jurisdiction because it appeared that her notice of appeal was untimely. The Clerk of the Court notified Appellant that the Court may dismiss the appeal unless, within ten days of the date of the letter, Appellant showed grounds for continuing the appeal. Appellant has not done so.

Because our jurisdiction depends on a timely notice of appeal and because Appellant's notice of appeal is untimely, we dismiss this appeal for want of jurisdiction. *See id.* R. 42.3(a); *Howlett v. Tarrant Cnty.*, 301 S.W.3d 840, 843 (Tex. App.—Fort Worth 2009, pet. denied) ("A timely-filed notice of appeal confers jurisdiction on this court, and absent a timely filed notice of appeal, we must dismiss the appeal." (citing *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997))).

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed June 28, 2023
[CV06]

